IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LLOYD DEMOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:15-cv-06147-DGK |
| ) | |
| TRIUMPH FOODS, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES Defendant Triumph Foods, LLC ("Defendant), by and through the undersigned counsel, and for the parties Notice of Settlement, states as follows:

1. The Parties have reached a settlement agreement in principle as to the entirety of this litigation.

2. Although the monetary component of settlement has been agreed to by the Parties, the finalization of the non-monetary aspects of the settlement agreement are still in process. The parties anticipate finalizing the settlement agreement and its conditions precedent within the next thirty (30) calendar days.

3. Currently pending before the Court is Defendant's Motion for Protective Order, and Defendant's reply suggestions to its motion are due on or before February 8, 2016. In addition, the deadline to file a motion to amend the pleadings is February 26, 2016.

4. The Parties respectfully request that the foregoing deadlines be stayed without prejudice to allow sufficient time to finalize the settlement agreement. The Parties further request that they be provided thirty days (30) days, until March 3, 2016, in which to finalize the settlement process. Upon completion of all conditions precedent as delineated in the Parties' settlement

agreement, Plaintiff will file a stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

5. Counsel for Plaintiff has consented to the filing of this Notice of Settlement and has no objections.

Respectfully submitted,

/s/ *Melody L. Rayl*
J. Randall Coffey         Bar No. 35070
Melody L. Rayl          Bar No. 60362
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: rcoffey@laborlawyers.com
Email: mrayl@laborlawyers.com

ATTOREYS FOR DEFENDANT
TRIUMPH FOODS, LLC

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 2nd day of February, 2016, the foregoing was filed via the Court's CM/ECF System and service made via the same, to:

| | |
|---|---|
| Russell C. Purvis | Garrett J. Tuck |
| Montee Law Firm, P.C. | Montee Law Firm, P.C. |
| 10200 Holmes Road | 520 Francis Street / P. O. Box 127 |
| Kansas City, MO 64131 | St. Joseph, MO 64502 |
| TEL: (816) 942-3710 | TEL: (816) 364-1650 |
| FAX: (816) 523-0084 | FAX: (816) 364-1509 |
| Email: rpurvis@monteelawfirm.com | Email: gtuck@monteelawfirm.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR PLAINTIFF |
| LLOYD DEMOSS | LLOYD DEMOSS |

      /s/ Melody L. Rayl
      Attorney for Defendant