# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LLOYD DEMOSS, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 5:15-cv-06147-DGK |
| TRIUMPH FOODS, LLC, | ) |
|        Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through attorney of record, and pursuant to Missouri Supreme Court Rule 67.02(a) agrees to dismiss this action, with prejudice, with all parties to bear their own costs.

Respectfully submitted,
**MONTEE LAW FIRM, P.C.**

_/s/ Garrett J. Tuck_
Garrett J. Tuck, MO# 68446
520 Francis Street
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Facsimile
gtuck@monteelawfirm.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above-and foregoing was delivered this 18th day of March, 2016, via ECF to:

Melody L. Rayl
Fisher & Phillips
4900 Main Street, Suite 650
Kansas City, MO 64112
Telephone: 816-842-8770
Fax: 816-842-8767
ATTORNEY FOR DEFENDANT TRIUMPH FOODS, LLC

_/s/ Garrett J. Tuck_
Garrett J. Tuck